USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/10/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MICHAEL MOTTA,

              Plaintiff,

             - against -

UNITED STATES OF AMERICA,

             Defendant.
-------------------------------------------------------------X

18 Civ. 2052 (RWL)

**ORDER OF DISMISSAL**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    Having so-ordered the proposed stipulation signed and submitted by the parties, the Court respectfully directs the Clerk to cancel any upcoming conferences and close the case.

                              SO ORDERED.

                              _____
                              ROBERT W. LEHRBURGER
                              UNITED STATES MAGISTRATE JUDGE

Dated:     February 10, 2020
             New York, New York

Copies transmitted to all counsel of record.